**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00562-CR
No. 05-13-00687-CR

**JAMES ERIC HOOTEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-80075-2012, 366-80086-08**

## ORDER

The Court **GRANTS** appellant's October 28, 2013 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
        JUSTICE